**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "This Isn't Twilight," Copyright Reg. No. PA0001674560

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.27.27.34 | 2011-11-23 17:41:14 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 2 | 108.46.47.227 | 2011-11-02 19:56:31 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 3 | 108.54.77.23 | 2011-12-09 14:54:43 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 4 | 108.6.196.201 | 2011-11-20 00:59:54 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 5 | 173.52.82.99 | 2011-11-28 14:27:46 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 6 | 173.68.191.233 | 2011-11-09 00:15:25 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 7 | 173.77.155.118 | 2011-12-06 01:51:49 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 8 | 184.152.51.31 | 2011-10-22 09:06:35 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 9 | 184.153.85.90 | 2011-11-10 16:52:40 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 10 | 24.168.5.184 | 2011-11-24 02:53:08 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 11 | 24.193.228.192 | 2011-11-26 00:59:35 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 12 | 24.199.75.218 | 2011-11-07 11:42:45 -0500 | EarthLink | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 13 | 24.58.166.196 | 2011-11-05 06:48:27 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 14 | 24.58.212.33 | 2011-11-04 15:18:45 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 15 | 24.59.255.211 | 2011-11-05 01:07:57 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 16 | 24.90.131.142 | 2011-11-17 16:06:39 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 17 | 24.90.18.156 | 2011-11-01 01:07:53 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 18 | 66.66.78.65 | 2011-11-25 00:24:49 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 19 | 67.240.133.117 | 2011-11-21 18:40:44 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 20 | 67.240.174.223 | 2011-12-07 03:54:53 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 21 | 67.240.175.211 | 2011-10-25 00:59:54 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 22 | 67.241.26.87 | 2011-11-25 05:19:56 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 23 | 67.242.144.92 | 2011-11-20 18:52:16 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 24 | 67.242.59.37 | 2011-11-19 09:16:45 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 25 | 67.243.55.138 | 2011-11-30 13:45:50 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 26 | 67.246.154.188 | 2011-11-03 18:45:24 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 27 | 67.246.176.29 | 2011-12-07 01:53:12 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |

| Doe 28 | 67.247.95.249 | 2011-11-27 00:59:45 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
|---|---|---|---|---|---|
| Doe 29 | 67.249.244.73 | 2011-11-04 20:12:38 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 30 | 67.251.101.12 | 2011-12-01 23:47:14 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 31 | 67.253.190.233 | 2011-11-06 22:58:05 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 32 | 68.173.155.250 | 2011-11-07 22:11:37 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 33 | 68.173.163.242 | 2011-11-24 02:35:17 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 34 | 68.173.90.124 | 2011-10-25 01:33:55 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 35 | 69.193.25.46 | 2011-11-18 16:06:59 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 36 | 69.207.34.103 | 2011-11-27 19:56:12 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 37 | 69.207.71.245 | 2011-12-01 18:46:25 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 38 | 69.207.82.188 | 2011-11-28 09:31:48 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 39 | 71.183.220.26 | 2011-12-12 00:28:01 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 40 | 71.186.232.224 | 2011-10-24 19:24:47 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 41 | 71.190.135.174 | 2011-10-25 19:07:41 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 42 | 72.89.96.126 | 2011-12-12 15:11:19 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 43 | 74.67.178.218 | 2011-11-27 19:25:45 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 44 | 74.67.47.172 | 2011-11-22 15:09:49 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 45 | 74.70.112.101 | 2011-12-05 21:11:18 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 46 | 74.71.11.234 | 2011-11-03 17:03:20 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 47 | 74.71.243.166 | 2011-11-30 10:42:37 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 48 | 76.15.97.17 | 2011-12-04 15:28:00 -0500 | EarthLink | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 49 | 76.180.145.236 | 2011-11-03 00:59:20 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 50 | 96.248.55.81 | 2011-11-11 01:20:53 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 51 | 96.250.248.126 | 2011-10-21 02:24:45 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 52 | 98.113.212.143 | 2011-11-15 21:58:40 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 53 | 98.15.217.74 | 2011-12-10 02:00:40 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 54 | 98.15.242.144 | 2011-10-22 05:19:53 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 55 | 98.21.45.62 | 2011-11-03 19:07:29 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |