Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Media Products, Inc. DBA Devil's Film

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| Media Products, Inc. DBA Devil's Film | CASE NO. 11-CV-9550-KBF [11-CV-7564] |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 1, 42** |
| v. | |
| DOES 1-55, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 1 | 108.27.27.34 | 2011-11-23 17:41:14 -0500 |
| Doe 42 | 72.89.96.126 | 2011-12-12 15:11:19 -0500 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: May 14, 2012                                 _____
                                                   Mike Meier
                                                   Email address: contact@copyrightdefenselawyer.com

| | |
|---|---|
| 1 | THE COPYRIGHT LAW GROUP, PLLC |
| 2 | 4000 Legato Road, Suite 1100 |
|   | Fairfax, VA 22033 |
| 3 | Tel: 888-407-6770 |
|   | Fax: 703-546-4990 |
| 4 | |
| 5 | Attorney for Plaintiff Media Products, Inc. DBA Devil's Film |

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-9550-KBF [11-CV-7564]

2